# United States Court of Appeals
## For the First Circuit

No. 17-1192

SIGNS FOR JESUS; HILLSIDE BAPTIST CHURCH,

Plaintiffs, Appellants,

v.

TOWN OF PEMBROKE, NH; PEMBROKE ZONING BOARD OF ADJUSTMENT;
EVERETT HODGE, Code Enforcement Officer, Town of Pembroke, in
both his individual and official capacities,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on October 7, 2020, is
amended as follows:

On page 21, line 4, replace "only reflect that fact that"
with "only reflect the fact that."

On page 33, fn. 10, line 9, replace "who" with "that".